IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
Waco Division

| | |
|---|---|
| **MPHJ TECHNOLOGY INVESTMENTS, LLC**, inclusive of its subsidiaries, <br><br> Plaintiff, <br><br> v. <br><br> **FEDERAL TRADE COMMISSION**; **EDITH RAMIREZ**, in her official capacity as Commissioner and Chairwoman, Federal Trade Commission; **JULIE BRILL**, in her official capacity as Commissioner, Federal Trade Commission; **MAUREEN K. OHLHAUSEN**, in her official capacity as Commissioner, Federal Trade Commission; **JOSHUA D. WRIGHT**, in his official capacity as Commissioner, Federal Trade Commission; and **JESSICA RICH**, in her official capacity as Director, Bureau of Consumer Protection, Federal Trade Commission, <br><br> Defendants. | Civil Action No. 6:14-cv-11 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff MPHJ Technology Investments, LLC, Inc. declares that it has no parent corporation and no publicly traded corporation currently owns 10% or more of its stock.

DATED:
January 13, 2014

Respectfully Submitted,

FARNEY DANIELS PC
*/s/ Steven R. Daniels*
Steven R. Daniels

W. Bryan Farney (*pro hac vice* pending)
800 South Austin Avenue, Ste. 200
Georgetown, Texas 78626
(512) 582-2828
sdaniels@farneydaniels.com
bfarney@farneydaniels.com

Jim Dunnam
DUNNAM & DUNNAM, L.L.P.
4125 West Waco Drive
P.O. Box 8418
Waco, Texas 76714
(254) 753-6437
jimdunnam@swbell.net

*Attorneys for Plaintiff*
*MPHJ Technology Investments, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2014, I electronically filed the foregoing filing with the Clerk of Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/Steven R. Daniels*
Steven R. Daniels