AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Texas

ORIGINAL

| | |
|---|---|
| MPHJ TECHNOLOGY INVESTMENTS, LLC,<br>inclusive of its subsidiaries,<br><br>*Plaintiff(s)*<br>v.<br>FEDERAL TRADE COMMISSION, EDITH<br>RAMIREZ, JULIE BRILL, MAUREEN K.<br>OHLHAUSEN, JOSHUA D. WRIGHT, JESSICA<br>RICH<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.  6:14-cv-00011<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  FEDERAL TRADE COMMISSION
c/o United States Attorney for the Western District of Texas
Robert Pittman, Esq.
800 Franklin Avenue, Suite 280
Waco, Texas 76701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Steven R. Daniels
Farney Daniels PC
800 South Austin Ave,
Suite 200
Georgetown, Texas 78626

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT *William G. Putnicki*

*Melissa Copp*

Date: _____01/14/2014_____          _____
                                         *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.   6:14-CV-00011

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)*   FEDERAL TRADE COMMISSION

was received by me on *(date)*          01/14/2014          .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*:   BY DELIVERING TO FEDERAL TRADE COMMISSION BY DELIVERING TO
THE UNITED STATES ATTORNEY FOR THE WESTERN DISTRICT OF TEXAS
ROBERT PITTMAN, ESQ. BY DELIVERING TO AUTHORIZED AGENT NITA BROOKE
AT 601 N.W. LOOP 410, SUITE 600, SAN ANTIONIO, TX 78216 ON 1-15-14 AT 8:20 AM

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00          .

I declare under penalty of perjury that this information is true.

Date: _____01/15/2014_____

_____
Server's signature

_DANNY L HANEY Texas Process Server (SCH566) Exp 3/31/14_
*Printed name and title*

_5470 LBJ FREEWAY, SUITE 100, DALLAS, TEXAS 75240_
*Server's address*

Additional information regarding attempted service, etc:

RECEIVED
APR 1 2011
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY
DEPUTY CLERK



# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

## AMENDED DESIGNATION OF AGENTS FOR SERVICE OF PROCESS

TO:    Mr. William G. Putnicki, Clerk of Court
        United States District Court
        Western District of Texas
        San Antonio, Texas

Pursuant to Rule 4(i)(1)(A) of the Federal Rules of Civil Procedure, I hereby designate the following individuals only as agents to accept delivery of service of process for the United States Attorney for the Western District of Texas. Please note that these individuals are located in the San Antonio Division at our offices located at 601 N.W. Loop 410, Suite 600, San Antonio, Texas:

**JOHN F. PANISZCZYN**
**ROBERT SHAW-MEADOW**
**MELISSA ALBRIGHT**
**NITA BROOKE**
**MICHELE CARROLL-DUBLIN**
**AUGUSTINA GOMEZ**
**ANABELL OTTO**
**DENISE SWAIN**

Pursuant to the same Rule 4(i)(1)(A), I hereby also designate Melissa Albright as the "Civil Process Clerk" to whom mailings of a summons and complaint by registered or certified mail to the U.S. Attorney are to be sent. Certified or registered mail service upon the United States Attorney for the Western District of Texas should be addressed as follows:

Ms. Melissa Albright
Civil Process Clerk
Office of the United States Attorney
for the Western District of Texas
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216-5597

In the event that service under Rule 4(i)(1)(A) is to be made on the United States of applications for temporary restraining order, motions for preliminary injunctions, or orders to show cause, the following individuals at the U.S. Attorney's Office are designated as additional persons upon whom personal delivery service may be made in their respective Divisions for those limited processes only: