UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **MPHJ TECHNOLOGY INVESTMENTS, LLC**, inclusive of its subsidiaries, ) ) ) Plaintiff, ) ) v. ) ) **FEDERAL TRADE COMMISSION**; **EDITH RAMIREZ**, in her official capacity as Commissioner and Chairwoman, Federal Trade Commission; **JULIE BRILL**, in her official capacity as Commissioner, Federal Trade Commission; **MAUREEN K. OHLHAUSEN**, in her official capacity as Commissioner, Federal Trade Commission; **JOSHUA D. WRIGHT**, in his official capacity as Commissioner, Federal Trade Commission; and **JESSICA RICH**, in her official capacity as Director, Bureau of Consumer Protection, Federal Trade Commission, ) ) ) ) ) ) ) ) ) ) ) ) ) ) Defendants. ) | Civil Action No. 6:14-cv-11 |

## MOTION FOR ADMISSION PRO HAC VICE OF W. BRYAN FARNEY

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now, W. Bryan Farney, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent MPHJ Technology Investments, LLC in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) W. Bryan Farney with offices at:

Farney Daniels PC
800 South Austin Avenue
Suite 200
Georgetown, Texas 78626
(512) 582-2828
(512) 582 2829 (fax)

2. Since November 8, 1985, Applicant has been and presently is a member of and in good standing with the Bar of the State of Texas. Applicant's bar license number is 06826600.

3. Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
|---|---|
| U.S. Court of Appeals | November 4, 2013 |
| U.S. District Court, Eastern District of Texas | January 7, 1994 |
| Federal Circuit | February 5, 1988 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

NONE

5. I have previously applied to Appear Pro Hac Vice in this district court in Case[s]: Number: 1:11-cv-00688-SS on the 31st day of August, 2011

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

NONE

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

NONE

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel:

> Jim Dunnam
> DUNNAM & DUNNAM, L.L.P.
> 4125 West Waco Drive
> P.O. Box 8418
> Waco, Texas 76714
> (254) 753-6437

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(t)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of W. Bryan Farney to the Western District of Texas pro hac vice for this case.

> Respectfully Submitted,
>
> FARNEY DANIELS PC
>
> */s/ Steven R. Daniels*
> Steven R. Daniels

3

W. Bryan Farney (*pro hac vice* pending)
800 South Austin Avenue, Ste. 200
Georgetown, Texas 78626
(512) 582-2828
sdaniels@farneydaniels.com
bfarney@farneydaniels.com

Jim Dunnam
DUNNAM & DUNNAM, L.L.P.
4125 West Waco Drive
P.O. Box 8418
Waco, Texas 76714
(254) 753-6437
jimdunnam@swbell.net

*Attorneys for Plaintiff*
*MPHJ Technology Investments, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon counsel of record by CM/ECF Notification this 27th day of January, 2014.

>  */s/ Steven R. Daniels*
> Steven R. Daniels

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **MPHJ TECHNOLOGY INVESTMENTS, LLC**, inclusive of its subsidiaries,<br><br>            Plaintiff,<br><br>v.<br><br>**FEDERAL TRADE COMMISSION**; **EDITH RAMIREZ**, in her official capacity as Commissioner and Chairwoman, Federal Trade Commission; **JULIE BRILL**, in her official capacity as Commissioner, Federal Trade Commission; **MAUREEN K. OHLHAUSEN**, in her official capacity as Commissioner, Federal Trade Commission; **JOSHUA D. WRIGHT**, in his official capacity as Commissioner, Federal Trade Commission; and **JESSICA RICH**, in her official capacity as Director, Bureau of Consumer Protection, Federal Trade Commission,<br><br>            Defendants. | Civil Action No. 6:14-cv-11 |

**ORDER**

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Steven R. Daniels, counsel for MPHJ Technology Investments, LLC, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and W. Bryan Farney may appear on behalf of MPHJ Technology Investments in the above case.

IT IS FURTHER ORDERED that W. Bryan Farney, if he has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court,** in compliance with Local Court Rule AT-l(f)(2).

5

SIGNED this the _____ day of _____ , 2014