

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

WACO DIVISION

| | | |
|---|---|---|
| **MPHJ TECHNOLOGY INVESTMENTS, LLC,** | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. W-14-CA-011 |
| **FEDERAL TRADE COMMISSION,** et al., | § § § | |
| Defendants. | § | |

## O R D E R

Came on to be considered the Motion for Admission Pro Hac Vice filed by attorney W. Bryan Farney. In his application, Mr. Farney represents that he previously applied to appear pro hac vice in this district in Case Number 1:11-cv-00688-SS. However, Mr. Farney was also admitted to appear pro hac vice in Case Number 1:10-cv-00652-SS in 2010. Mr. Farney's office is located in Georgetown, Texas, which is in the Western District of Texas. Accordingly, it is

**ORDERED** that the Motion for Admission Pro Hac Vice filed by W. Bryan Farney is **DENIED**. Mr. Farney is directed to apply for admission into the Western District of Texas within ten (10) days from the date of this Order or he will not be

allowed to file any further pleadings in this case. If he timely applies for admission, he may re-urge his pro hac vice motion.

**SIGNED** this 31st day of January, 2014.

_____
WALTER S. SMITH, JR.
United States District Judge