

# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF TEXAS

# WACO DIVISION

| | | |
|---|---|---|
| **MPHJ TECHNOLOGY INVESTMENTS, LLC,** Inclusive of its subsidiaries, Plaintiff, | § § § § § | |
| **v.** | § | **CIVIL ACTION NO. W-14-CV-011** |
| **FEDERAL TRADE COMMISSION;** et al., Defendants. | § § § § | |

## O R D E R

Came on this date to be considered the Motion to Dismiss filed by Defendants and the Motion for Extension of Time and Page Limit filed by Plaintiff. Having reviewed the motions and the file in this case, the Court is persuaded both motions should be denied. Defendants' Motion to Dismiss is not in compliance with Rules CV-7(d)(1) and (3), in that Defendants have filed a separate motion and brief, and the combined motion and brief exceed the 20-page limit. As Defendants' motion is being denied, Plaintiff's motion is moot. Accordingly, it is

**ORDERED** that Defendants' Motion to Dismiss is **DENIED** for failing to comply with the Local Rules. It is further

ORDERED that Plaintiff's Motion for Extension of Time and of Page Limit is

DENIED as moot.

SIGNED this _24ᵗʰ_ day of March, 2014.


WALTER S. SMITH, JR.
United States District Judge