IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
Waco Division

| | |
|---|---|
| **MPHJ TECHNOLOGY INVESTMENTS, LLC**, inclusive of its subsidiaries,<br><br>Plaintiff,<br><br>v.<br><br>**FEDERAL TRADE COMMISSION**; **EDITH RAMIREZ**, in her official capacity as Commissioner and Chairwoman, Federal Trade Commission; **JULIE BRILL**, in her official capacity as Commissioner, Federal Trade Commission; **MAUREEN K. OHLHAUSEN**, in her official capacity as Commissioner, Federal Trade Commission; **JOSHUA D. WRIGHT**, in his official capacity as Commissioner, Federal Trade Commission; and **JESSICA RICH**, in her official capacity as Director, Bureau of Consumer Protection, Federal Trade Commission,<br><br>Defendants. | Civil No. 6:14-cv-00011-WSS |

## ORDER ON MPHJ TECHNOLOGY INVESTMENTS, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME UNDER L.R. CV-7(e)(2) AND EXTENSION OF PAGE LIMIT UNDER L.R. CV-7(e)(3) TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

This Court, having considered MPHJ Technology Investments, LLC's Unopposed Motion For Extension Of Time Under L.R. Cv-7(E)(2) And For Extension Of Page Limit Under Local Rule Cv-7(E)(3) To Respond To Defendants' Motion To Dismiss, hereby ORDERS as follows:

1. Plaintiff shall be permitted no more than thirty (30) pages for its Response (exclusive of caption, signature block, any certificate, and accompanying documents).

2. Defendants shall be permitted no more than fifteen (15) pages for their Reply (exclusive of caption, signature block, any certificate, and accompanying documents).

3. Plaintiff shall file its Response on or before April 18, 2014.

4. Defendants shall file their Response on or before May 5, 2014.

Signed April 2, 2014.

SO ORDERED.

_____
U.S. District Judge